UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **DAVID J. SZYMANSKI**, Plaintiff, v. **WARREN EVANS and COUNTY OF WAYNE**, Defendants. | 2:19-cv-11008 HON. TERRENCE G. BERG **JUDGMENT** |

The case came before the Court on a motion to dismiss Plaintiff David Szymanski's Complaint filed by Defendants Warren Evans and the County of Wayne. After carefully considering the pleadings and the parties' briefing, viewing the facts in the light most favorable to Plaintiff, the Court concluded that Plaintiff has failed to state a claim upon which relief could be granted. The Court accordingly granted Defendants' motion to dismiss.

Plaintiff David Szymanski's Complaint will accordingly be **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan: March 10, 2020

DAVID J. WEAVER
CLERK OF THE COURT

s/A. Chubb
Case Manager and Deputy Clerk

1

APPROVED:
s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on March 10, 2020.

                        s/A. Chubb
                        Case Manager